# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RONALD CIEUTAT, )<br>　　Plaintiff, )<br> )<br>v. )<br> )<br>GREG LINDBERG, *et al*., )<br>　　Defendants. ) | CIVIL ACTION: 1:23-00369-KD-N |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 35) made under 28 U.S.C. § 636(a)-(b), Fed.R.Civ.P. 72, S.D. Ala. GenLR 72, and dated December 18, 2023, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Plaintiff Ronald Cieutat's Motion to Remand (Doc. 20) is **GRANTED,** and this action is hereby **REMANDED** to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this the **18th** day of **January 2024.**

　　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**